**Continuing Abatement Order filed March 27, 2012.**



**In The**

**Fourteenth Court of Appeals**
_____

**NO. 14-11-00783-CV**
_____

**JASON FELT, CANARY FINANCIAL, INC., JONATHAN WASSERBERG, AND WASSERBERG INVESTMENTS, Appellants**

**V.**

**COMERICA BANK, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50665**

**CONTINUING ABATEMENT ORDER**

This appeal was abated for a hearing pursuant to Texas Rule of Civil Procedure 306a. An extension of time to file the supplemental clerk's record was granted at appellant's request until March 19, 2010. As of this date, no record has been filed.

The parties are directed to inform the court **within ten days** of the date of this order of the status of their 306a motion in the trial court.

This appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the

supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion.


PER CURIAM